UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUHAMMAD EID SAAD ZIDANE,

    Plaintiff,

v.

                                   Case No. 25-cv-12337
                                   Hon. Matthew F. Leitman

CLEVELAND POLICE, *et al.*,

    Defendants.

_____/

### **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On July 29, 2025, Plaintiff Muhammad Eid Saad Zidane filed this action against several Defendants. (*See* Compl., ECF No. 1.) Neither Zidane's Complaint nor his application to proceed *in forma pauperis* (*see* Application, ECF No. 2) were reasonably legible. Accordingly, on August 4, 2025, the Court ordered Zidane to file new copies of both (1) the application to proceed *in forma pauperis* and (2) the Complaint by not later than August 18, 2025. (*See* Order, ECF No. 6.) The Court then warned Zidane that his "[f]ailure to do so may result in dismissal of this action without prejudice." (*Id.*)

Zidane has not filed a new, legible copy of either his Complaint or application to proceed *in forma pauperis* as the Court directed. Instead, he filed two other documents with the Court: (1) a "Notice to Add Parties" (ECF No. 7) and (2) a

1

"Notice of Who is Doing a Performance Over Myself" (ECF No. 8). Like his earlier filings, both of these documents are also not reasonably legible.

Because Zidane has failed to comply with the Court's August 4 order, and because he has not filed a reasonably legible copy of his Complaint or his application to proceed *in forma pauperis*, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 22, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126