UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUHAMMAD EID SAAD ZIDANE,

    Plaintiff,

v.

Case No. 25-cv-12337
Hon. Matthew F. Leitman

CLEVELAND POLICE, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                                  By:    s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 22, 2025
Detroit, Michigan